## ALLISON v. UNITED STATES.

No. 454, Misc.  Decided February 13, 1967.

Petitioner *pro se.*

*Solicitor General Marshall* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Seventh Circuit with instructions to grant the petitioner an appeal with counsel.

## HOLMES v. SUPERIOR COURT OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO.

No. 1063, Misc.  Decided February 13, 1967.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.